Joseph J. Saltarelli
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
(212) 309-1000

Attorneys for Defendant New York
 Independent System Operator, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
330 FUND I, L.P.,

                         Plaintiff,

              - against -

NEW YORK INDEPENDENT SYSTEM
OPERATOR, INC.,
                        Defendant.
------------------------------------------------------------X



Judge Hellerstein

07 CIV 6791
07-CV-

### DEFENDANT NEW YORK INDEPENDENT SYSTEM OPERATOR INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, New York Independent System Operator, Inc. hereby certifies that the following parties, parents, affiliates and/or subsidiaries are publicly held:

None.

Dated: New York, New York
July 27, 2007

                                        HUNTON & WILLIAMS LLP

                                        By: /s/ Joseph J. Saltarelli
                                              Joseph J. Saltarelli
                                              200 Park Avenue
                                              New York, New York  10166
                                              (212) 309-1000

                                        Attorneys for Defendant New York
                                        Independent System Operator, Inc.