Joseph J. Saltarelli
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
(212) 309-1000

Attorneys for Defendant New York
Independent System Operator, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
330 FUND I, L.P.,                                        :
                                                         :
                                                         :
                         Plaintiff,                      :
                                                         :     07-CV- 6791 (AKH)
             - against -                                 :
                                                         :     **DECLARATION OF SERVICE**
NEW YORK INDEPENDENT SYSTEM                              :
OPERATOR, INC.,                                          :
                         Defendant.                      :
------------------------------------------------------------X

  Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

  I am Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Defendant New York Independent System Operator, Inc.

  That on July 27, 2007, I served a true copy of the following documents:

- Notice of Removal;

- Rule 7.1 Disclosure Statement;

- Civil Cover Sheet;

- Individual Practice Rules of the Honorable Alvin K. Hellerstein;

- Individual Practice Rules of Magistrate Judge Gabriel W. Gorenstein;

- 3rd Amended Instructions for filing an Electronic Case or Appeal;

on Plaintiff's counsel at the address listed below, via First Class Mail, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2007

/s/ Bradford C. Mulder
Bradford C. Mulder

TO:   J. Christopher Shore, Esq.
      Jonathan Beemer, Esq.
      White & Case LLP
      1155 Avenue of the Americas
      New York, NY  10036
      (212) 819-8200

      *Attorneys for Plaintiff*
      *330 Fund I, L.P.*

55430.000045 NEW_YORK 254791v1