UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

330 FUND I, LP,

                Plaintiff,

       -against-

NEW YORK INDEPENDENT SYSTEM
OPERATOR, INC.,

                Defendant.
-----------------------------------------------------------x

**ORDER SUSPENDING CASE**

07 Civ. 6791 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Pursuant to the request of the parties at the October 26, 2007, status conference, and in light of the parallel proceedings pending before the Federal Energy Regulatory Commission, this case shall be placed on the suspense docket. Parties shall report by letter to this Court on the status of the case on or before May 1, 2008, and every six months thereafter for the duration of the stay. Failure to report by May 1, 2008, or at any six month interval thereafter, will result in dismissal of this case. The case will be reopened on the request of either party.

        SO ORDERED.

Dated: New York, New York
          October 29, 2007

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge